## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV20-10868-CAS(PLAx) | Date | June 30, 2021 |
|---|---|---|---|
| Title | *ANAIT STEPHANYAN; ET AL. v. COUNTY OF LOS ANGELES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 21, 2021** why this action should not be dismissed for lack of prosecution as to **defendants COUNTY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT;** and **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendants COUNTY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT;** and **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |